HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
ERIN SNIDER, OR SBN #116342
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
LOUIS SECUNDINO ROBERTO PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LOUIS SECUNDINO ROBERTO PEREZ, <br><br> Defendant. | Case No.  1:13-cr-00131 LJO <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE TO 3/23/2015; ORDER <br><br> Date:   March 23, 2015 <br> Time:   1:30 p.m. <br> Judge:  Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Karen Escobar, counsel for the plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Louis Secundino Roberto Perez, that the status conference in this matter may be continued to March 23, 2015, or the soonest date thereafter that is convenient to the Court. **The date currently set for the status conference is February 17, 2015.  The requested new date is March 23, 2015.**

On January 13, 2015, a Petition for Warrant or Summons for Offender Under Supervision was filed.  The Petition alleges that Mr. Perez violated the terms of his supervised release by committing a new law violation and by failing to abstain from alcohol.  The alleged new law violation relates to a January 4, 2015 arrest for driving under the influence of alcohol.  The driving under the influence charge is still pending in state court and Mr. Perez's next court date is not until March 11, 2015.  In light of the status of the state charge, the parties respectfully

1  request that the status conference be continued from February 17, 2015, to March 23, 2015.

3                                                    Respectfully submitted,

4                                                    BENJAMIN B. WAGNER
                                                     United States Attorney

6  Date:  February 12, 2015              */s/ Karen Escobar*
                                                     KAREN ESCOBAR
7                                                    Assistant United States Attorney
                                                     Attorneys for Plaintiff

9                                                    HEATHER E. WILLIAMS
                                                     Federal Defender

11  Date: February 12, 2015               */s/ Erin Snider*
                                                     ERIN SNIDER
12                                                   Assistant Federal Defender
                                                     Attorneys for Defendant
13                                                   LOUIS SECUNDINO ROBERTO PEREZ

15                                          **O R D E R**

16         **IT IS SO ORDERED.**  For the reasons set forth above, the status conference set for
17  February 17, 2015, will be continued to March 23, 2015.

19  IT IS SO ORDERED.

20       Dated:   **February 12, 2015**                     **/s/ Sheila K. Oberto**
21                                                     UNITED STATES MAGISTRATE JUDGE